<table>
<tr><td>

**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
YZelman@MarcusZelman.com

</td><td>

# MARCUS & ZELMAN, LLC
ATTORNEYS & COUNSELLORS AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

</td><td>

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970
*All Correspondence to NJ Office*

</td></tr>
</table>

February 3, 2020

Honorable U.S. District Judge Michael A. Shipp
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey
*Via ECF*

        Re:    Censor v. Bank of America, N.A.
                 Civil Action No: 3:19-cv-20701-MAS-DEA

To the Honorable U.S. District Judge Michael A. Shipp,

    The undersigned represents the Plaintiff in the above referenced matter.

    Please be advised that this matter has been settled as to the claims against Defendant Bank of America, N.A. It is therefore respectfully requested that the matter be stayed for sixty days to allow the parties to finalize settlement details and submit a Stipulation of Dismissal.

    Defendant's counsel has consented to this request and is copied on this communication.

    Kindly contact the undersigned with any questions or concerns regarding the foregoing.

                                        Respectfully Submitted,

                                        /s/ Ari H Marcus
                                        Ari H. Marcus, Esq.