IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ELLIOT CENSOR,**<br><br>       **Plaintiff,**<br><br>   -v-<br><br>**BANK OF AMERICA, N.A.,**<br><br>       **Defendant.** | Civil Case Number: 3:19-cv-20701-MAS-DEA |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant **BANK OF AMERICA, N.A.** in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   April 7, 2020

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br><br>*Attorneys for Plaintiff*<br>*Elliot Censor* | /s/ Philip Andrew Goldstein<br>Philip Andrew Goldstein, Esq.<br>MCGUIRE WOODS LLP<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020<br>Tel: (212) 548-2167<br>Email: pagoldstein@mcguirewoods.com<br><br>*Attorneys for Defendant*<br>*Bank of America, N.A.* |