IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ELLIOT CENSOR,

        Plaintiff,

-v-                        Civil Case Number: 3:19-cv-20701-MAS-DEA

BANK OF AMERICA, N.A.,

        Defendant.

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 7, 2020 Stipulation of Dismissal, all claims asserted against Defendant **BANK OF AMERICA, N.A.** in Civil Action No. **3:19-cv-20701-MAS-DEA**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __8th__ **day of April, 2020.**

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE